DECEMBER 19, 1939

**No. 42906.—** —Protests 945392–G, etc., of Sheffler Merchandise Co. Inc. Abstract 42597. Application by plaintiff for rehearing granted.

DECEMBER 21, 1939

**No. 42907.**—Suit 4263.——*S. E. Laszlo* v. *United States*, C. D. 144 affirmed.

**No. 42908.**—Suit 4233.—*United States* v. *Daniel F. Young, Inc., et al.* Reap. Dec. 4476 reversed.

**No. 42909.**—Suit 4182.——*United States* v. *Finchley, Inc.* Abstract 38380 reversed.

**No. 42910.**—Suit 4229.—*United States* v. *Jacob Banjamin et al.* Abstract 39904. Appeal dismissed December 6, 1939; not yet reported.

BEFORE THE SECOND DIVISION, DECEMBER 26, 1939

**No. 42911.**—Protest 989480–G of United American Bosch Corp. (New York)

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United American Bosch Corp.* v. *United States* (2 Cust. Ct. 106, C. D. 99) the merchandise in question was held dutiable as parts of machines at 27½ percent under paragraph 372 as claimed.

BEFORE THE THIRD DIVISION, DECEMBER 26, 1939

**No. 42912.**—Protest 974629–G/88308 of Oscar Leistner, Inc. (Chicago).

Opinion by KEEFE, J. On the authority of Abstract 40725 the sick feeders in question were held dutiable at only 60 percent under paragraph 212 as claimed.

**No. 42913.**—Protest 410797–G of Wilbur Ellis Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 41147 and *Wilbur Ellis* v. *United States* (2 Cust. Ct. 323, C. D. 153) the fish meal in question was held free of duty under paragraph 1583 as claimed.